No. 02–6379.  MERCADO-ROSALES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6380.  PRECIADO-FLORES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6381.  LIVINGSTON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–6382.  LONJOSE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–6383.  PORRAS-CARDOZA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6388.  RODRIGUEZ-LEON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6389.  STALLONE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–6390.  ROBINSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–6391.  ROSARIO-MOYA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–6393.  ADDERLEY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–6394.  BLOOMGREN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–6399.  PUGH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–6400.  MATHIS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–6401.  MURANAKA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6404.  ROBLES-VILLARREAL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6406.  WHITE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.